UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANDREW JAMES,

                Petitioner,

  -against-

J.T. SMITH,
      Superintendent, Shawangunk
      Correctional Facility,

                Respondent.
-------------------------------------------------------------------X

JUDGMENT
06-CV-6996 (JG)
5996

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 19 2007 ★
BROOKLYN OFFICE

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on April 18, 2007, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       April 18, 2007

                                                              s/Robert C. Heinemann
                                                              ROBERT C. HEINEMANN
                                                              Clerk of Court